**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Case No. 7:11-CR-16 (HL) |
| | § | |
| JUAN A. TORRES-VASQUEZ, | § | |
| | § | |
| Defendant. | § | |
| | § | |

**ORDER**

This matter comes before the Court on defendant Juan A. Torres-Vasquez's motion to retract waiver of appeal. Having considered the matter, the Court finds that the motion has merit and should be granted.

THEREFORE, IT IS ORDERED that Mr. Torres's waiver of appeal filed September 29, 2011, is deemed retracted. Mr. Torres therefore retains the right to appeal, provided that he does so within the time prescribed by statute.

IT IS SO ORDERED

Dated this 11th day of October, 2011.

s/Hugh Lawson
Hon. Hugh Lawson
U.S. DISTRICT JUDGE